IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

CHARLES C. JOHNSON,            )
                               )
    Plaintiff,                 )
                               )
vs                             )   CIVIL ACTION NO. 96-C-0237-NE
                               )
                               )
OFFICER TOM HOWELL,            )
DETECTIVE GARY WALKER,         )
JOHNNY SHIPLEY, MORGAN         )
COUNTY SHERIFF STEVEN CRABB,   )
AND LT. JACKIE BURGESS,        )
                               )
    Defendants.                )

FILED
97 FEB 26 PM 3:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
FEB 26 1997

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and the objections filed by the plaintiff, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment is due to be granted and this complaint is due to be dismissed with prejudice. An appropriate order will be entered.

DONE, this 26th day of February, 1997.

U. W. CLEMON,
UNITED STATES DISTRICT JUDGE